DAVIS v. BENNETT, superintendent of banks.

HINES, J. 1. A judge of the superior court has no authority to entertain a motion made in vacation to set aside a judgment of that court; and the judge committed no error in overruling the same. *Haskens* v. *State*, 114 *Ga.* 837 (40 S. E. 997); *Chapman* v. *State*, 116 *Ga.* 598 (42 S. E. 999); *Malsby* v. *Studstill*, 127 *Ga.* 726, 728 (56 S. E. 988); *U. S. Fidelity & Guaranty Co.* v. *First National Bank*, 149 *Ga.* 132 (99 S. E. 529).

2. As the motion was overruled, thus treating the same as possessing validity, the proper judgment would have been one of dismissal; but inasmuch as the same result follows from the judgment actually rendered, the judgment will not be reversed.

*Judgment affirmed. All the Justices concur.*

No. 4246. MAY 15, 1924.

Equitable petition; intervention. Before Judge Sheppard. Bryan superior court. September 15, 1923.

*Oliver & Oliver* and *W. T. Burkhalter,* for plaintiff in error.
*Hitch, Denmark & Lovett,* contra.